**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT, | ) | NO. CV 08-7419-DDP(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| LINDA SANDERS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

Petitioner's Objections claim that Petitioner has completed the administrative remedy process, referencing a March 25, 2009 response. However, this response merely "remanded back [Petitioner's administrative appeal] to the institution for further review" ("Petitioner's Response to Respondent's Motion to Dismiss" at 3). Accordingly, as explained in the Magistrate Judge's Report and

Recommendation, Petitioner has not completed the administrative remedy process.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 9, 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE